**Bobby BRIGGS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42500.**

Missouri Court of Appeals, Western District.

July 10, 1990.

Mary K. Anderson, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

**ORDER**

PER CURIAM.

Appeal from denial of Rule 29.15 motion for postconviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).

**John R. JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42549.**

Missouri Court of Appeals, Western District.

July 10, 1990.

Daniel C. Miller, Sp. Public Defender, James A. Brightman, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and KENNEDY and ULRICH, JJ.

**ORDER**

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).